**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| Gerdvil et al, | Case No. 8:10-cv-385-VMC-EAJ |
| Plaintiffs, | |
| v. | |
| Academy Collection Service, Inc., | **NOTICE OF SETTLEMENT** |
| Defendant. | |

Now come the plaintiffs, by and through counsel, and pursuant to Local Rule 3.08 give notice that the parties in the above-captioned matter have reached a settlement. The parties anticipate that they will file a stipulation of dismissal with prejudice within 60 days.

RESPECTFULLY SUBMITTED,

Legal Helpers, LLP

By: */s/ Karen Gatto*
Helene Karen Gatto
Bar # 0190527
2901 West Busch Blvd, Suite 701
Tampa, FL 33618
Telephone: 866.339.1156
Email: kga@legalhelpers.com
Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

 I hereby certify that on March 25, 2010, I electronically filed a copy of the foregoing

Notice, which will be sent to the following by the Court's CM/ECF system:

Joseph G. Riopelle
BOYD RICHARDS PARKER & COLONNELLI, P.L
jriopelle@boydlawgroup.com


               */s/ Karen Gatto*